UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHUIBO ZHANG, *individually and derivatively on behalf of nominal defendant* JIUZI HOLDINGS INC.,

Plaintiff,

-v-

TAO LI, HUIJE GAO, YI ZHU, SHU LIU, WENQIAN GAO, XINPING LI, and JIUZI HOLDINGS INC. *(nominal defendant)*,

Defendants.

---

25 Civ. 9578 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court heard argument today on plaintiff's motion for a temporary restraining order, Dkt. 9, in the above-captioned case. For the reasons stated on the record, the Court denies the motion.

Counsel are directed to file with the Court a case management plan, setting out deadlines for an initial discovery phase covering the period through January 31, 2026, as outlined at the conference, no later than December 10, 2025. The parties shall send the Court a joint letter, reporting the results of the initial discovery and the parties' view(s) as to the schedule going forward, on February 11, 2026.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: December 3, 2025
       New York, New York