UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHUIBO ZHANG, *individually and derivatively on behalf of nominal defendant*, JIUZI HOLDINGS INC., <br><br> Plaintiff, <br> -v- <br><br> TAO LI, HUIJIE GAO, YI ZHU, SHU LIU, WENQIAN GAO, XINPING LI, AND JIUZI HOLDINGS INC. (nominal defendant) <br><br> Defendants. | 25 Civ. 9578 (PAE) <br><br> ORDER |

PAUL A. ENGELMAYER, District Judge:

The law firm of McLaughlin & Stern, LLP ("M&S") has moved to withdraw as counsel of record on behalf of plaintiff Shuibo Zhang, and included a declaration of Andrew E. Tomback, Esq. ("Tomback Decl.") in support. Dkts. 26–27. M&S represents that Zhang has not met his financial commitments and that he and M&S have irreconcilable differences as to how to conduct this litigation. Tomback Decl. ¶¶ 2–5. Zhang's amended complaint was due today, December 23, 2025, and the parties committed to an expedited discovery schedule covering the next several weeks. Dkt. 25. Permitting M&S to withdraw at this juncture, without successor counsel in place, risks material adverse effects to Zhang's interests, contrary to New York Rules of Professional Conduct 1.16(c)(1).

Accordingly, the Court shall give Zhang with 30 days, until January 23, 2026, to retain new counsel and for that counsel to formally appear on his behalf. The Court will hold in abeyance M&S's motion to withdraw as Zhang's counsel until January 23, 2026. The Court expects to grant that motion after January 23, 2026 and will do so earlier if successor counsel

appears on Zhang's behalf before then.  All other deadlines in this case are hereby stayed for 30 days from the date of this Order.

M&S is directed to furnish a copy of this Order on Zhang forthwith.  Upon completion of service, M&S shall forthwith file a sworn declaration or affidavit on ECF attesting that service was made and specifying the dates and means of such service.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: December 23, 2025
New York, New York