UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHUIBO ZHANG, *individually and derivatively on behalf of nominal defendant*, JIUZI HOLDINGS, INC.,<br><br>Plaintiff,<br><br>-v-<br><br>TAO LI, HUIJIE GAO, YI ZHU, SHU LIU, WENQIAN GAO, XINPING LI, *and* JIUZI HOLDINGS INC. (nominal defendant)<br><br>Defendants. | 25 Civ. 9578 (PAE)<br><br><u>ORDER</u> |

PAUL A. ENGELMAYER, District Judge:

On December 23, 2025, counsel for plaintiff Shuibo Zhang, McLaughlin & Stern, LLP ("M&S"), moved to withdraw, representing that Zhang has not met certain financial commitments and that he and M&S have irreconcilable differences as to the litigation. Dkts. 26–27. That same day, the Court issued an order, granting plaintiff until January 23, 2026 to retain new counsel and staying all deadlines, including for the filing of an amended complaint, for 30 days. Dkt. 30.

As of January 27, 2026, Zhang has failed to appear through new counsel. As such, the Court hereby grants the motion by M&S, Dkt. 26, to withdraw. Outgoing counsel for plaintiff is directed to supply a copy of this Order to Zhang forthwith.

The Court directs Zhang to file a notice of appearance on the docket of the case forthwith. Should Zhang need assistance in so doing, he is encouraged to contact the Southern District's *pro se* unit at (212) 805-0175.

Dated: January 27, 2026
New York, New York

SO ORDERED.

Paul A Engelmayer

PAUL A. ENGELMAYER
United States District Judge